IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SHARON DARBY**                                                                                      **PLAINTIFF**

**V.**                                            **CASE NO. 3:22-CV-3025**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                    **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 27) of United States Magistrate Judge Barry A. Bryant, dated March 28, 2023, regarding the Motion for Attorney's Fees (Doc. 25) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 25) is **GRANTED IN PART AND DENIED IN PART**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for attorney's fees in the total amount of **$3,526.00**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 14th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Timothy L. Brooks*
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY L. BROOKS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE