IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SHARON DARBY**                                                                                          **PLAINTIFF**

**V.**                                        **CASE NO. 3:22-CV-3025**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                            **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 32) of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, dated March 25, 2025, regarding the Motion for Attorney's Fees (Doc. 29) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 29) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA in the amount of **$6,927.50**. Further, Plaintiff's counsel should refund to Plaintiff the amount of **$3,526.00**, which was awarded under the EAJA in attorney fees on April 14, 2023 (Doc. 28).

**IT IS SO ORDERED** on this 10th day of April, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE